# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
_____

Case No. 6D2024-1017
Lower Tribunal No. 2019-DR-014299-O
_____

DOMINIQUE SHANTEAL JACKSON,

Appellant,

v.

ERIC BURMAN,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Gisela T. Laurent, Judge.

March 31, 2025

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

WHITE and SMITH, JJ., and LAMBERT, B.D., Associate Judge, concur.


Dominique Shanteal Jackson, Orlando, pro se.

No Appearance for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED